# Notice Recipients

District/Off: 0970–2   User: admin   Date Created: 11/12/2021
Case: 2:21–bk–08369–EPB   Form ID: pdf010   Total: 31

**Recipients of Notice of Electronic Filing:**
tr   RUSSELL BROWN   mail@ch13bk.com
aty   BENJAMIN WRIGHT   bwright@wloaz.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   ADAM J MCQUILLIAM   9361 W DALEY LANE   PEORIA, AZ 85383
smg   AZ DEPARTMENT OF REVENUE   BANKRUPTCY & LITIGATION   1600 W. MONROE, 7TH FL.   PHOENIX, AZ 85007–2650
16583929   Acima Credit   9815 South Monroe Street   4th Floor   Sandy UT 84070
16583930   Affirm, Inc.   Attn: Bankruptcy   30 Isabella St, Floor 4   Pittsburgh PA 15212
16583931   Arizona Department of Economic Security   Employment Security Administration   P.O. Box 6028   Phoenix AZ 85005
16583927   Arizona Department of Revenue   Special Operations Section, 7th Floor   1600 West Monroe   Phoenix AZ 85007
16583932   Bonneville Collections   Po Box 150621   Ogden UT 84415
16583933   Capital One   Attn: Bankruptcy   Po Box 30285   Salt Lake City UT 84130
16583934   Conn's HomePlus   2445 Technology Forest Boulevard   Building 4, Suite 800   The Woodlands TX 77381
16583935   Credit Concept   Attn: Bankruptcy Dept.   220 W 7th Ave   Eugene OR 97401
16583936   Credit First National Association   Attn: Bankruptcy   Po Box 81315   Cleveland OH 44181
16583937   Credit One Bank   Attn: Bankruptcy Department   Po Box 98873   Las Vegas NV 89193
16583938   Genesis Credit/Celtic Bank   Attn: Bankruptcy   Po Box 4477   Beaverton OR 97076
16583940   Genesis FS Card/Kay Jewelers   Attn: Bankruptcy   Po Box 4477   Beaverton OR 97076
16583939   Genesis Financial/Jared   Genesis FS Card Services   Po Box 4477   Beaverton OR 97076
16583928   Internal Revenue Service   Centralized Insolvency Operations   PO Box 7346   Philadelphia PA 19101
16583941   Intuit Quickbooks   2800 E Commerce Center Place   Tucson AZ 85706
16583942   Lee Schwab Tire Center   Attn: Bankruptcy   Po Box 5350   Bend OR 97708
16583943   M Towers LLC   6767 Peachtree Industrial Blvd Ste A   Norcross GA 30092
16583944   Oregon Employment Department   875 Union St. NE   Salem OR 97311
16583945   Oregon Employment Department   PO Box 14135   Salem OR 97309
16583947   Syncb/Home Design   Attn: Bankruptcy   Po Box 965060   Orlando FL 32896
16583946   Syncb/filterqueen   Attn: Bankruptcy   Po Box 965060   Orlando FL 32896
16583948   TD Retail Card Services   Attn: Bankruptcy   Po Box 731   Mahwah NJ 07430
16583949   The LCF Group   c/o The Feldman Law Firm   147 Willis Avenue   Mineola NY 11501
16583950   Total Visa/tbom/vt   Po Box 85710   Sioux Falls SD 57118
16583951   Unitus Community Credit Union   Attn: Bankruptcy   Po Box 1937   Portland OR 97207
16583952   Wells Fargo Dealer Services   Attn: Bankruptcy   1100 Corporate Center Drive   Raleigh NC 27607
16583953   Westlake Financial Services   Attn: Bankruptcy   Po Box 76809   Los Angeles CA 90054

TOTAL: 29