# Notice Recipients

District/Off: 0970–2   User: admin   Date Created: 11/12/2021
Case: 2:21–bk–08369–EPB   Form ID: nch13pln   Total: 31

**Recipients of Notice of Electronic Filing:**
tr　　RUSSELL BROWN　　mail@ch13bk.com
aty　　BENJAMIN WRIGHT　　bwright@wloaz.com

　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　ADAM J MCQUILLIAM　　9361 W DALEY LANE　　PEORIA, AZ 85383
smg　　AZ DEPARTMENT OF REVENUE　　BANKRUPTCY & LITIGATION　　1600 W. MONROE, 7TH FL.　　PHOENIX, AZ 85007–2650
16583929　　Acima Credit　　9815 South Monroe Street　　4th Floor　　Sandy UT 84070
16583930　　Affirm, Inc.　　Attn: Bankruptcy　　30 Isabella St, Floor 4　　Pittsburgh PA 15212
16583931　　Arizona Department of Economic Security　　Employment Security Administration　　P.O. Box 6028　　Phoenix AZ 85005
16583927　　Arizona Department of Revenue　　Special Operations Section, 7th Floor　　1600 West Monroe　　Phoenix AZ 85007
16583932　　Bonneville Collections　　Po Box 150621　　Ogden UT 84415
16583933　　Capital One　　Attn: Bankruptcy　　Po Box 30285　　Salt Lake City UT 84130
16583934　　Conn's HomePlus　　2445 Technology Forest Boulevard　　Building 4, Suite 800　　The Woodlands TX 77381
16583935　　Credit Concept　　Attn: Bankruptcy Dept.　　220 W 7th Ave　　Eugene OR 97401
16583936　　Credit First National Association　　Attn: Bankruptcy　　Po Box 81315　　Cleveland OH 44181
16583937　　Credit One Bank　　Attn: Bankruptcy Department　　Po Box 98873　　Las Vegas NV 89193
16583938　　Genesis Credit/Celtic Bank　　Attn: Bankruptcy　　Po Box 4477　　Beaverton OR 97076
16583940　　Genesis FS Card/Kay Jewelers　　Attn: Bankruptcy　　Po Box 4477　　Beaverton OR 97076
16583939　　Genesis Financial/Jared　　Genesis FS Card Services　　Po Box 4477　　Beaverton OR 97076
16583928　　Internal Revenue Service　　Centralized Insolvency Operations　　PO Box 7346　　Philadelphia PA 19101
16583941　　Intuit Quickbooks　　2800 E Commerce Center Place　　Tucson AZ 85706
16583942　　Lee Schwab Tire Center　　Attn: Bankruptcy　　Po Box 5350　　Bend OR 97708
16583943　　M Towers LLC　　6767 Peachtree Industrial Blvd Ste A　　Norcross GA 30092
16583944　　Oregon Employment Department　　875 Union St. NE　　Salem OR 97311
16583945　　Oregon Employment Department　　PO Box 14135　　Salem OR 97309
16583947　　Syncb/Home Design　　Attn: Bankruptcy　　Po Box 965060　　Orlando FL 32896
16583946　　Syncb/filterqueen　　Attn: Bankruptcy　　Po Box 965060　　Orlando FL 32896
16583948　　TD Retail Card Services　　Attn: Bankruptcy　　Po Box 731　　Mahwah NJ 07430
16583949　　The LCF Group　　c/o The Feldman Law Firm　　147 Willis Avenue　　Mineola NY 11501
16583950　　Total Visa/tbom/vt　　Po Box 85710　　Sioux Falls SD 57118
16583951　　Unitus Community Credit Union　　Attn: Bankruptcy　　Po Box 1937　　Portland OR 97207
16583952　　Wells Fargo Dealer Services　　Attn: Bankruptcy　　1100 Corporate Center Drive　　Raleigh NC 27607
16583953　　Westlake Financial Services　　Attn: Bankruptcy　　Po Box 76809　　Los Angeles CA 90054

　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 29